JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Tajinder Singh,

Petitioner,

v.

Fereti Semaia et al,

Respondent.

Case No. 5:26-cv-06751-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 19, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE